**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6915**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD OUMA,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-98-252)

―――――――――

Submitted:  September 8, 1999      Decided:  September 24, 1999

―――――――――

Before MURNAGHAN, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Edward Ouma, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Ouma appeals the district court's order denying Ouma's motions to reconsider, for writ of coram nobis, and for appointment of counsel. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Ouma, No. CR-98-252 (E.D. Va. Apr. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED